UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANDREW J. HILFORD,            )
                              )
    Petitioner,               )      3:11-cv-00228-ECR-RAM
                              )
vs.                           )
                              )      ORDER
E.K. McDANIELS, et al.,       )
                              )
    Respondents.              )
_____/

        This matter is before the Court on respondents' motion to dismiss. Petitioner has not opposed the motion, as he previously failed to respond to the Court's order to show cause. *See* ECF No. 11. The motion to dismiss is based on the argument that petitioner failed to properly exhaust a part of the single remaining claim raised in the petition. The Court can only conclude that petitioner has abandoned these proceedings and, pursuant to LR 7-2(b) and *Rose v. Lundy,* 455 U.,S. 509 (1982), will grant the motion to dismiss the petition.

        Moreover, no certificate of appealability shall issue where petitioner has failed to raise a claim that's merit would be debatable among reasonable jurists. *Miller-El v. Cockrell*, 537 U.S. 322 (2003), *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

        **IT IS THEREFORE ORDERED** that the Motion to Dismiss (ECF No. 12) is **GRANTED.** The petition is **DISMISSED WITH PREJUDICE.**

1  **IT IS FURTHER ORDERED** that no Certificate of Appelability shall issue. The Clerk
2  shall enter judgment accordingly.
3
4  Dated this 27th day of February, 2012.
5
6  _____
   UNITED STATES DISTRICT JUDGE