AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

ANDREW J. HILFORD,

       Petitioner,   JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER:   3:11-CV-00228-ECR-RAM

E.K. McDANIELS, et al.,

       Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss [12] is GRANTED. The petition is dismissed with prejudice. FURTHER ORDERED that no Certificate of Appealability shall issue.

| | |
|---|---|
| February 28, 2012 | **LANCE S. WILSON** |
| | Clerk |
| | |
| | /s/ M. Campbell |
| | Deputy Clerk |