AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

ANDREW J. HILFORD,

      Petitioner,     JUDGMENT IN A CIVIL CASE
V.

                    CASE NUMBER:   3:11-CV-00228-ECR-RAM

E.K. McDANIELS, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss [12] is GRANTED. The petition is dismissed with prejudice.   FURTHER ORDERED that no Certificate of Appealability shall issue.

 February 28, 2012                                          **LANCE S. WILSON**
                                                                    Clerk

                                                           /s/  M. Campbell
                                                              Deputy Clerk